### BENJAMIN P. TOWNSEND *vs.* JOHN S. TOWNSEND.

What items are properly chargeable in a book account.

ASSUMPSIT for goods sold, &c., money lent, &c., with the common counts. Pleas, non assumpsit.

*Mr. Platt* put in the plaintiff's book of original entries, with his oath, &c.

*Mr. Rodney* objected to the following items of charge in the plaintiff's books:—

1. To a bay horse sold him $45.    2. Hire of wagon; *tollage and tavern expenses.*    3. Lot of wheat on the ground $14.    4. Corn delivered by J. T. Townsend $28.    5. Oats delivered by Samuel Stanton; sold for 35 cents, charged 70.    6.  A stove omitted (interlined) $10.    7. One grubbing hoe of J. Stevens $1 50.    8. Balance on settlement $1 45.    9. Sharpening a hoe of Stevens 12½ cents.

*By the Court:*—The plaintiff's book of accounts is not evidence of cash lent or of cash paid.    It is not sufficient evidence in itself of a balance due on a settlement between the parties; the entry of "a bay horse $45," needs confirmation by other evidence of the sale and price; a horse is not an article of ordinary merchandise; "tollage and tavern expenses" must be a charge for cash paid for tollage and tavern expenses; and is not proper.    The "lot of wheat on the ground" also needs confirmation.

*Platt,* for plaintiff.

*Rodney,* for defendant.